IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri,<br><br>            Plaintiffs,<br><br>    v.<br><br>PAR PHARMACEUTICAL, INC., a Delaware corporation,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to FED. R. CIV. P. 7.1(a), plaintiffs, Santarus, Inc. and The Curators of the University of Missouri hereby state as follows:

1. Plaintiff Santarus, Inc. has no parent corporation and no publicly held company owns 10% or more of its stock.

2. Plaintiff The Curators of the University of Missouri is a state government entity without any issued stock or private ownership.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack Blumenfeld*

Jack B. Blumenfeld (#1014)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jparrett@mnat.com

*Counsel for plaintiffs Santarus, Inc. and*
*The Curators of the University of Missouri*

*Of Counsel:*

For plaintiff Santarus, Inc.:

Morgan Chu
Gary Frischling
Lisa N. Partain
Benjamin T. Wang
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010

For plaintiff The Curators of the
University of Missouri:

James R. Ferguson
Jamison E. Lynch
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600

December 20, 2007
1336777