IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC., a Delaware corporation,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-827-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that defendant Par Pharmaceutical, Inc. is a wholly-owned corporate subsidiary of Par Pharmaceutical Companies, Inc. and that there is no other publicly-held corporation that holds more than 10% of Par Pharmaceutical, Inc.'s stock. The undersigned counsel of record further certifies that Par Pharmaceutical Companies, Inc. has no corporate parents and no publicly-held corporation holds more than 10% of its stock.

*Of Counsel*:
Edgar H. Haug
Daniel G. Brown
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Dated: January 10, 2008

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Cottrell@rlf.com
Fineman@rlf.com
Attorneys for Defendant

RLF1-3242800-1

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Jack B. Blumenfeld, Esquire
> Rodger D. Smith II, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

> Steven J. Fineman (#4025)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> fineman@rlf.com