IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri,<br><br>       Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC., a Delaware corporation,<br><br>       Defendants | C.A. No. 07-827-LPS<br><br>(Consolidated C.A. No. 07-551-LPS) |

## NOTICE OF SERVICE

TO:

    Jack B. Blumenfeld, Esquire
    Rodger D. Smith II, Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

    PLEASE TAKE NOTICE that true and correct copies of Defendant's Initial Disclosures Under Rule 26(a)(1)(A) were caused to be served on March 20, 2008 on counsel of record in the manner indicated:

### BY HAND DELIVERY

    Jack B. Blumenfeld, Esquire
    Rodger D. Smith II, Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

|  |  |
|---|---|
| | [signature] |
| | Frederick L. Cottrell, III (#2555) |
| | Steven J. Fineman (#4025) |
| | Richards, Layton & Finger, P.A. |
| *Of Counsel*: | One Rodney Square |
| Edgar H. Haug | 920 North King Street |
| Daniel G. Brown | Wilmington, DE 19801 |
| Frommer Lawrence & Haug LLP | (302) 651-7700 |
| 745 Fifth Avenue | Cottrell@rlf.com |
| New York, New York  10151 | Fineman@rlf.com |
| (212) 588-0800 | Attorneys for Defendant |

Dated:  March 20, 2008

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com