IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC., a Delaware corporation, and THE CURATORS OF THE UNIVERSITY OF MISSOURI, a public corporation and body politic of the State of Missouri,<br><br>  Plaintiffs,<br><br>  v.<br><br>PAR PHARMACEUTICAL, INC., a Delaware corporation,<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-827-LPS<br>)<br>) (Consolidated C.A. No. 07-551-LPS)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Aziz Burgy and Timothy W. Bucknell of Arent Fox LLP, 1050 Connecticut Avenue, N.W., Washington, DC 20036-5339, to represent Defendant Par Pharmaceutical, Inc. in this matter.

                                                                            */s/ Steven J. Fineman*
                                                                            Frederick L. Cottrell, III (#2555)
                                                                            Steven J. Fineman (#4025)
                                                                            Richards, Layton & Finger PA
                                                                            One Rodney Square
                                                                            P.O. Box 551
                                                                            Wilmington, Delaware 19801
                                                                            (302) 651-7700
                                                                            cottrell@rlf.com
                                                                            fineman@rlf.com
Dated: August 4, 2008                            Attorneys for Defendant

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2008.

_____
Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of Maryland and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

/s/ Aziz Burgy
Aziz Burgy
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Dated: August 4, 2008

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

/s/ Tim Bucknell
Timothy W. Bucknell
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Dated: August 4, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Jack B. Blumenfeld, Esquire
> James W. Parrett, Jr. Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

> /s/ Steven J. Fineman
> Steven J. Fineman (#4025)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> Fineman@rlf.com